In the Matter of EDLAND REALTY CORP., Respondent. MARIE ZEH et al., Appellants.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Peck, P. J., Callahan, Breitel, Bastow and Botein, JJ.

In the Matter of the Estate of ARTHUR G. JOHNSON, Deceased. WALTER E. DITMARS, Appellant; BRONX COUNTY TRUST COMPANY, as Substituted Trustee under the Will of ARTHUR G. JOHNSON, Deceased, Respondent.— Order unanimously affirmed. The date for the inquiry to proceed to be held in the Surrogate's Court to be fixed in the order. Settle order. Present — Peck, P. J., Callahan, Breitel, Bastow and Botein, JJ. [See *post,* p. 930.]

ALBERT FLEGENHEIMER, Appellant, v. LEON BERGL et al., Respondents.— Order appealed from affirmed. All concur. Settle order preserving order of examinations. Present — Peck, P. J., Callahan, Breitel, Bastow and Botein, JJ. [See *post,* p. 929.]

ROSE K. OURSLER, Appellant, v. GRACE P. OURSLER et al., as Executors of CHARLES F. OURSLER, Deceased, Respondents.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Present — Peck, P. J., Callahan, Breitel, Bastow and Botein, JJ.

LELIO DE RANIERI, Respondent, v. WILLIAM DOIG, Doing Business as WILLIAM DOIG & SON, and as BERNARDINI STUDIOS, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Peck, P. J., Callahan, Breitel, Bastow and Botein, JJ.

ALBERT E. WEISS et al., Respondents, v. HOME OWNER'S BUILDING CORPORATION et al., Appellants.— Order appealed from modified so as to reduce costs allowed on opening default to the sum of $100, but without costs on appeal. On this record the costs allowed were excessive. Settle order. Present — Peck, P. J., Callahan, Breitel, Bastow and Botein, JJ.

In the Matter of the Construction of the Will of ARTHUR C. JAMES, Deceased. AMERICAN SEAMEN'S FRIEND SOCIETY et al., Appellants; JAMES FOUNDATION OF NEW YORK, INC., et al., Respondents.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Cohn, J. P., Breitel, Bastow and Botein, JJ. [See 284 App. Div. 936.]

THOMAS J. HARRIS v. ALLSTATE INSURANCE CO.— Motion for leave to appeal to the Court of Appeals granted. Settle order. Present — Peck, P. J., Cohn, Callahan and Botein, JJ. [See *ante,* p. 76.]

LOUIS D. ROBINS v. EDWARD O. FINESTONE.— Motion for leave to appeal to the Court of Appeals granted. Settle order. Present — Peck, P. J., Cohn, Callahan and Botein, JJ. [See 284 App. Div. 947.]